NUMBER 13-00-567-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

ABEL GONZALEZ,                                                             Appellant,

v.

TEXAS DEPARTMENT OF PUBLIC SAFETY,                          Appellee.
___________________________________________________________________

On appeal from the County Court at Law
of Kleberg County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, ABEL GONZALEZ, perfected an appeal from a judgment entered by
the County Court at Law of Kleberg County, Texas, in cause number 00-102-C. No
clerk’s record has been filed due to appellant’s failure to pay or make arrangements to
pay the clerk’s fee for preparing the clerk’s record. In addition, appellant has failed to
remit the $125.00 filing fee in this matter.
         If the trial court clerk fails to file the clerk’s record because the appellant failed
to pay or make arrangements to pay the clerk’s fee for preparing the clerk’s record, the
appellate court may dismiss the appeal for want of prosecution unless the appellant
was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).
         On April 26, 2005, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 37.3(b) and 42.3. Appellant was given ten
days to explain why the cause should not be dismissed. To date, no response has
been received from appellant. 
         The Court, having considered the documents on file, this Court’s notice, and
appellant’s failure to respond, is of the opinion that the appeal should be dismissed for
want of prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 26th day of May, 2005.